IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

    Plaintiff,                    No. CIV S-09-1692 GGH P

    vs.

PATRICIA ESGRO, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On July 8, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket no. 4). By order filed October 1, 2009, the court granted plaintiff thirty days to file an amended complaint. In the October 1st order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the October 1, 2009, order, IT IS HEREBY ORDERED that this action be dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 16, 2009

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:035
corr1692.fta

1